UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

FROM CHARLESTON TO BLUEFIELD

**JAMES LEE TOOLEY,**

        **Petitioner,**

v.                                          **Civil Action 2:09-0183**
                                            *to be henceforth known as*
                                            **Civil Action 1:09-0183**

**DAVID BALLARD, Warden,**
**Mount Olive Correctional Complex,**

        **Respondent.**

## ORDER

      For reasons appearing to the Court, it is hereby **ORDERED** that the above-styled case be, and it hereby is, transferred from the Charleston Division of this Court to the Bluefield Division. Pro se litigants and non-CM/ECF users are directed to mail all future pleadings for filing to the Bluefield point of holding Court at the following address:

      Teresa L. Deppner, Clerk of Court
      United States District Court
        for the Southern District of West Virginia
      P. O. Box 4128
      Bluefield, WV  24701

      Parties shall also note the change in the office designator code from the number "2" to the number "1" which is the first digit in the civil number assigned to this case. Pleadings henceforth should bear Civil Action No. 1:09-0183.

      In conjunction with the divisional reassignment, the Clerk is directed to **REASSIGN**  this

case to the Honorable David A. Faber, United States District Judge, for further proceedings to be held herein, to **WITHDRAW** the reference of this civil action to the Honorable Mary E. Stanley, United States Magistrate Judge and to **REFER** this civil action to the Honorable R. Clarke VanDervort, United States Magistrate Judge, for total pretrial management and submission of proposed findings of fact and recommendations for disposition, pursuant to the Standing Order of this Court entered on August 1, 2006.

The Clerk is requested to transmit this written order to counsel of record and to and any unrepresented parties.

DATED: March 16, 2009

Joseph R. Goodwin, Chief Judge